ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Mindseeker, Inc. | ) | ASBCA Nos. 63197-ADR, 63416-ADR, |
| | ) | 63417-ADR |
| | ) | |
| Under Contract No. W81K04-18-D-0002 | ) | |

APPEARANCES FOR THE APPELLANT:  Stephanie D. Wilson, Esq.
Rachael C. Haley, Esq.
Charles L. Bonani, Esq.
  Berenzweig Leonard, LLP
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:  Dana J. Chase, Esq.
  Army Chief Trial Attorney
MAJ Heather M. Martin, JA
MAJ Joshua B. Fix, JA
  Trial Attorneys

ORDER OF DISMISSAL

The disputes have been settled. ASBCA Nos. 63197, 63416, and 63417 are dismissed with prejudice.

Dated: April 23, 2025

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63197-ADR, 63416-ADR, 63417-ADR, Appeals of Mindseeker, Inc., rendered in conformance with the Board's Charter.

Dated:  April 24, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals